LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 2-10-Cr. 0305 LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF INITIAL STATUS CONFERENCE |
| v. | |
| SIAVASH POURSARTIP, ET AL. | |
| Defendant, | |

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore:

IT IS ORDERED THAT: The initial status conference in the above-entitled matter set for Tuesday, September 21, 2010, is continued to Tuesday, December 7, 2010 at 9:15 am.

FURTHER, the Court finds that the ends of justice are served by the Court excluding such time, so that each defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv), [Local Code T4].

///

FINALLY, based upon the stipulation of the parties, the Court finds that this case is unusual and complex such that it is unreasonable to expect adequate preparation for pretrial proceedings or for a potential trial within the time limits established by the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(B)(ii), [Local Code T2].

Dated: September 20, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

///

2