LAW OFFICES OF RICHARD PACHTER
Richard Pachter (SBN 120069)
980 9TH Street, Suite 1600
Sacramento, CA  95814
Telephone: (916) 485-1617
Facsimile:  (916) 244-0529
richard@pachterlaw.com  (e-mail)

Attorney for Defendant SIAVASH POURSARTIP

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:10-CR-305 LKK |
|---|---|
| Plaintiff, | ORDER RE WAIVER OF APPEARANCE |
| v. | |
| SIAVASH POURSARTIP, | DATE:  N/A<br>TIME:  N/A |
| Defendant. | Courtroom:  Honorable Lawrence K. Karlton |

    Defendant SIAVASH POURSARTIP hereby waives the right to be present in open Court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

    Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in Court ready for trial on any day which the Court may fix in his absence.

1

2  Dated: December 1, 2010

3                                                     By: /s/Siavash Poursartip (original signature retained by attorney Richard Pachter)

4

5

6

7

8

9

10 Dated: December 1, 2010

11                                                     By: /s/ Richard Pachter
                                                          RICHARD PACHTER
12                                                        Attorney for Defendant SIAVASH
                                                          POURSARTIP

13

14      **IT IS SO ORDERED.**

15

16 Dated: December 1, 2010

17                                                     _____
                                                       LAWRENCE K. KARLTON
18                                                     SENIOR JUDGE
                                                       UNITED STATES DISTRICT COURT
19

20

21

22

23

24

25

26

27

28

- 2 -

WAIVER OF APPERANCE