LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No.   2:10 Cr.-305-LKK |
| Plaintiff, | ORDER FOR CONTINUANCE OF INITIAL STATUS CONFERENCE |
| v. | |
| SIAVASH POURSARTIP, et. al | |
| Defendants, | |

The Court, having received, read and considered this stipulation of the parties, and good cause appearing therein, adopts the stipulation of the parties in its entirety as its order. Based upon the stipulation of the parties, the Court finds it is unreasonable to expect adequate preparation for pretrial proceedings and the trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act. Further, the Court specifically finds that the ends of justice served by the granting of this continuance outweigh the interests of the public. Finally, the Court finds that the requested continuance is necessary to provide both the prosecution and the defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

1

1  IT IS ORDERED that the time from the date of the parties' stipulation to and including April 19, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 [unusual and complex case] and T4 [continuity of counsel and defense preparation].

IT IS FURTHER ORDERED that the initial status conference in the above-entitled matter now set for February 23, 2011 shall be continued to April 19, 2011 at 9:15 am.

Dated:   February 22, 2011

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/ / /