
```
 1  LAW OFFICES OF RICHARD PACHTER
    Richard Pachter (SBN 120069)
 2  980 9TH Street, Suite 1600
    Sacramento, CA  95814
 3  Telephone: (916) 485-1617
    Facsimile:  (916) 244-0529
 4  richard@pachterlaw.com  (e-mail)

 5  Attorney for Defendant SIAVASH POURSARTIP

 6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:10-CR-305 LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| v. | |
| SIAVASH POURSARTIP, et. al. | |
| Defendants. | DATE:  N/A<br>TIME:   N/A<br>Courtroom:  Honorable Lawrence K. Karlton |

It is hereby stipulated and agreed by and between the United States of America, on the one hand, and defendants, Siavash Poursartip, and Sara Shirazi, on the other hand, through their respective attorneys, that the status conference in the above-entitled matter set for Wednesday June 1, 2011, shall be continued to Tuesday, August 16, 2011 at 9:15 a.m.

The parties further stipulate and agree that the time period from the date of this stipulation up to and including the new status conference date of August 16, 2011, shall be excluded from computation of the time for commencement of trial under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual or complex case) and T4 (preparation by prosecution and defense counsel).

The parties note that the indictment contains ten counts and a forfeiture allegation, that the acts alleged in the indictment span from 2004 to 2009, and that the discovery in this matter is quite voluminous. There remains further investigation and research that the

defendants have been pursuing and the defendants and their counsel have been working at diligently since before the indictment in this matter. Based upon these facts, the parties stipulate and agree that it unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161, the case is unusual or complex within the meaning of the Speedy Trial Act, and the requested continuance is necessary to serve the ends of justice and to provide both the prosecution and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv). Specifically, each defendant agrees that his or her counsel needs additional time to review the discovery that has been provided, to effectively evaluate the case and to prepare for trial. <u>See id.</u> Additionally, the parties hereby stipulate that this case is unusual and complex such that it is unreasonable to expect adequate preparation for pretrial proceedings or for a potential trial within the time limits established by the Speedy Trial Act.

For the above reasons, the defendants, defense counsel and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(ii), [Local Code T2]; 18 U.S.C.§ 3161(h)(7)(B)(iv) [Local Code T4].


Dated: May 26, 2011                    BENJAMIN B. WAGNER
                                       UNITED STATES ATTORNEY

                                       By: <u>/s/Russell L. Carlberg</u>
                                             RUSSELL L. CARLBERG
                                             Assistant U. S. Attorney
                                             (per email authorization)

Dated: May 26, 2011

/s/Christopher H. Wing
CHRISTOPHER H. WING
Attorney for Defendant SARA SHIRAZI
(per email authorization)

Dated: May 26, 2011

/s/ Richard Pachter
RICHARD PACHTER
Attorney for Defendant SIAVASH POURSARTIP

ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therein, adopts the stipulation of the parties in its entirety as its order. Based upon the stipulation of the parties, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act. The Court specifically finds that the ends of justice served by granting of such continuance outweigh the interest of the public. The Court also finds that the requested continuance is necessary to provide both the prosecution and the defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It is ordered that the time from the date of the parties' stipulation to and including August 16, 2011 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §

1  3161(h)(7)(A) and (B) (ii) and (iv) and Local Codes T2 (unusual and complex case) and T4
2  (preparation by both prosecution and defense counsel.)
3         It is further ordered that the status conference in the above-entitled matter set
4  for Wednesday June 1, 2011 shall be continued to August 16, 2011 at 9:15 am.
5         It is so ordered.

Dated: June 1, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT