LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant Shirazi

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SIAVASH POURSARTIP, et. al<br>Defendants, | No.   2:10-cr-305 LKK<br><br>STIPULATION AND ORDER FOR CONTUANCE OF STATUS CONFRENCE<br><br>DATE: N/A<br>TIME: N/A |

It is hereby stipulated and agreed by and between the United States of America, on the one hand, and defendants, Siavash Poursartip, and Sara Shirazi, on the other hand, through their respective attorneys, that the status conference in the above-entitled matter set for Tuesday June 5, 2012, shall be continued to Tuesday, September 18, 2012 at 9:15 a.m.

The parties further stipulate and agree that the time period from the date of this stipulation up to and including the new status conference date of September 18, 2012, shall be excluded from computation of the time for commencement of trial under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual or complex case) and T4 (preparation by prosecution and defense counsel).

The parties note that the indictment contains ten counts and a forfeiture allegation, that the acts alleged in the indictment span from 2004 through 2009 and that the discovery is quite voluminous. The parties have recently become aware that Defendant SARA SHIRAZI, who has earlier been diagnosed with trigeminal neuralgia and who has been using gabapentin for pain control,

///

1

has been told by her physician that she must incur surgery to relieve the pressure on the nerve or suffer potential nerve degeneration as the nerve has been determined to have atrophied. After receiving a second opinion from Stanford University Medical Center, she has been scheduled for surgery for August 15, 2012. The parties believe that by the time of the requested continuance, we should have a reasonable prognosis of her availability to participate in her defense.

Based upon these facts, the parties stipulate and agree that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161, the case is unusual or complex within the meaning of the Speedy Trial Act, and the requested continuance is necessary to serve the ends of justice and to provide both the prosecution and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv). Specifically, each defendant agrees that his or her counsel needs additional time to review the discovery that has been provided, to effectively evaluate the case and to prepare for trial. See id. Additionally, the parties hereby stipulate that this case is unusual and complex such that it is unreasonable to expect adequate preparation for pretrial proceedings or for a potential trial within the time limits established by the Speedy Trial Act.

For the above reasons, the defendants, defense counsel and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(ii), [Local Code T2]; 18 U.S.C.§ 3161(h)(7)(B)(iv) [Local Code T4].

Dated: May 31, 2012

    BENJAMIN B. WAGNER
    UNITED STATES ATTORNEY

    By:/s/Russell L. Carlberg
    RUSSELL L. CARLBERG
    Assistant U. S. Attorney
    (per email authorization)

Dated: May 31, 2012    /s/Christopher H. Wing
    CHRISTOPHER H. WING
    Attorney for Defendant SARA SHIRAZI

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

2

Dated: May 31, 2012

/s/ Richard Pachter_____
RICHARD PACHTER
Attorney for Defendant SIAVASH
POURSARTIP
(per email authorization)

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therein, adopts the stipulation of the parties in its entirety as its order. Based upon the stipulation of the parties, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act and that Defendant Shirazi's medical situation reinforces this finding. The Court specifically finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The Court also finds that the requested continuance isnecessary to provide both the prosecution and the defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It is ordered that the time from the date of the parties' stipulation to and including September 18, 2012 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (preparation by both prosecution and defense counsel.)

It is further ordered that the status conference in the above-entitled matter set for June 5, 2012 shall be continued to September 18, 2012 at 9:15 am.

IT IS SO ORDERED.

Dated: May 31, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITES STATES DISTRICT COURT

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

3