LAW OFFICES OF RICHARD PACHTER
Richard Pachter (SBN 120069)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 485-1617
Facsimile:  (916) 244-0529
richard@pachterlaw.com  (e-mail)

Attorney for Defendant SIAVASH POURSARTIP

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SIAVASH POURSARTIP, et. al.<br><br>    Defendants. | Case No. 2:10-CR-305 LKK<br><br>STIPULATION AND ORDER FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRE-TRIAL RELEASE |

    It is hereby stipulated and agreed by and between the United States of America and defendant Siavash Poursartip, through their respective attorneys, that the conditions of Defendant's Pre-Trial Release can be temporarily modified to allow Defendant to visit his 86 year-old mother in Iran, for three (3) weeks in October of this year; tentatively leaving by October 5, 2012 to return on or before October 26, assuming flight availability.

    To accomplish this, the parties agree that Defendant's attorney can pick up Defendant's passport from the Clerk of the Court upon the order having been issued by the Magistrate Judge.  Further, Defendant's attorney will provide Defendant with the information necessary to make reservations for his international flight and, once made, will provide the government with a copy of Defendant's itinerary before giving Defendant his passport.

The parties further stipulate that upon Defendant's return to the United States, his passport will be returned to his Counsel and he will surrender it to the Clerk of the Court no later than October 31st, and the original conditions of release shall be reinstated.

Dated: September 10, 2012                BENJAMIN B. WAGNER
                                         UNITED STATES ATTORNEY


                                         By: /s/Phillip Ferrari
                                             PHILLIP FERRARI
                                             Assistant U. S. Attorney
                                             (per email authorization)


Dated:  September 10, 2012


                                         /s/ Richard Pachter
                                             RICHARD PACHTER
                                         Attorney for Defendant SIAVASH
                                         POURSARTIP

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore:

IT IS ORDERED THAT: Defendant SIAVASH POURSARTIP'S conditions of Pre-Trial release shall be modified to allow him to travel to Iran, from October 5, 2012 to return on or before October 26, 2012, or for dates available for that same period of three (3) weeks, and that the Clerk of the Court is instructed to permit his counsel, Richard Pachter, to retrieve his passport immediately.  Counsel will not provide Defendant with the passport until the government has been notified of his itinerary.

////

////

////

FURTHER, that upon Defendant's return to the Eastern District, he will return the passport to his Counsel who, in turn will file it with the Clerk of the Court no later than October 31st, and the original conditions of release shall be re-instated.

**Date:** 9/11/2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE