LAW OFFICES OF RICHARD PACHTER
Richard Pachter (SBN 120069)
400 Capitol Mall, Suite 1610
Sacramento, CA 95814
Telephone: (916) 485-1617
Facsimile: (916) 244-0529
richard@pachterlaw.com (e-mail)

Attorney for Defendant SIAVASH POURSARTIP

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SIAVASH POURSARTIP, et. al.

Defendants.

Case No. 2:10-CR-305 LKK

STIPULATION AND [~~PROPOSED~~] ORDER FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRE-TRIAL RELEASE

It is hereby stipulated and agreed by and between the United States of America and defendant Siavash Poursartip, through their respective attorneys, that the conditions of Defendant's Pre-Trial Release can be temporarily modified to allow Defendant to travel to Mexico for less than one (1) week in July of this year; tentatively leaving by July 15, 2013 to return on or before July 20. Defendant seeks permission for this order because he needs to travel for business reasons in order to meet with a company that he does business with in connection with traffic management control systems being implemented by that company for the Mexican government.

To accomplish this, the parties agree that Defendant's attorney can pick up Defendant's passport from the Clerk of the Court upon the order having been issued by the Magistrate Judge. Further, Defendant's attorney will provide Defendant with the information necessary to make reservations for his international flight and, once made, will

provide the government with a copy of Defendant's itinerary before giving Defendant his passport.

The parties further stipulate that upon Defendant's return to the United States, his passport will be returned to his Counsel and he will surrender it to the Clerk of the Court no later than July 24th, and the original conditions of release shall be reinstated.

Dated: June 19, 2013

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By:/s/Phillip Ferrari
PHILLIP FERRARI
Assistant U. S. Attorney
(per email authorization)

Dated: June 19, 2013

/s/ Richard Pachter
RICHARD PACHTER
Attorney for Defendant SIAVASH POURSARTIP

**[~~PROPOSED~~] ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore:

IT IS ORDERED THAT: Defendant SIAVASH POURSARTIP'S conditions of Pre-Trial release shall be modified to allow him to travel to Mexico, from July 15, 2013 to return on or before July 20, 2013, and that the Clerk of the Court is instructed to permit his counsel, Richard Pachter, to retrieve his passport immediately. Counsel will not provide Defendant with the passport until the government has been notified of his itinerary.

FURTHER, that upon Defendant's return to the Eastern District, he will return the passport to his Counsel who, in turn will file it with the Clerk of the Court no later than July 24th, and the original conditions of release shall be re-instated.

Dated: June 20, 2013

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE