LAW OFFICES OF RICHARD PACHTER
Richard Pachter (SBN 120069)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 485-1617
Facsimile:  (916) 244-0529
richard@pachterlaw.com  (e-mail)

Attorney for Defendant SIAVASH POURSARTIP

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIAVASH POURSARTIP, et. al.<br><br>Defendants. | Case No. 2:10-CR-305 LKK<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |

It is hereby stipulated and agreed by and between the United States of America, on the one hand, and defendants, Siavash Poursartip, and Sara Shirazi, on the other hand, through their respective attorneys, that the status conference in the above-entitled matter set for Tuesday September 17, 2013 shall be continued to Tuesday, February 25, 2014 at 9:15 a.m.

The parties further stipulate and agree that the time period from the date of this stipulation up to and including the new status conference date of February 25, 2014, shall be excluded from computation of the time for commencement of trial under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual or complex case) and T4 (preparation by prosecution and defense counsel). The Court is aware that the indictment contains ten counts and a forfeiture allegation, that the acts alleged in the indictment span from 2004 through 2009 and that the discovery is

quite voluminous. Defendant SARA SHIRAZI was operated on last year, but has been having complications of that surgery. She is still under the care of her neurosurgeon at Stanford Hospital, and her neurologist, has swelling in her brain, is heavily medicated and though she has been able to return to work, she cannot drive and still has continuous headaches. Further, the defense has received some new discovery that was requested from the government and continues to review and investigate the case. Based upon these facts, the parties stipulate and agree that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161, the case is unusual or complex within the meaning of the Speedy Trial Act, and the requested continuance is necessary to serve the ends of justice and to provide both the prosecution and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv). Specifically, each defendant agrees that his or her counsel needs additional time to review the discovery that has been provided, to effectively evaluate the case and to prepare for trial. See id. Additionally, the parties hereby stipulate that this case is unusual and complex such that it is unreasonable to expect adequate preparation for pretrial proceedings or for a potential trial within the time limits established by the Speedy Trial Act.

   For the above reasons, the defendants, defense counsel and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(ii), [Local Code T2]; 18 U.S.C.§ 3161(h)(7)(B)(iv) [Local Code T4].

| | |
|---|---|
| Dated: September 10, 2013 | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY<br><br>By:/s/ Richard Pachter<br>For: Philip Ferrari<br>Assistant U. S. Attorney<br>(per email authorization) |
| Dated: September 10, 2013 | /s/Richard Pachter<br>For:  CHRISTOPHER H. WING<br>Attorney for Defendant SARA SHIRAZI<br>(per email authorization) |
| Dated: September 10, 2013 | /s/ Richard Pachter<br>RICHARD PACHTER<br>Attorney for Defendant SIAVASH POURSARTIP |

## ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therein, adopts the stipulation of the parties in its entirety as its order. Based upon the stipulation of the parties, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act and that Defendant Shirazi's medical situation reinforces this finding. The Court specifically finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The Court also finds that the requested continuance is necessary to provide both the prosecution and the defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It is ordered that the time from the date of the parties' stipulation to and including February 25, 2014 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (preparation by both prosecution and defense counsel.)

1    It is further ordered that the status conference in the above-entitled matter set for
2    September 17, 2013 shall be continued to February 25, 2014 at 9:15 am.

4    IT IS SO ORDERED.

6    Dated: September 13, 2013

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT