BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELE B. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIAVASH POURSARTIP,<br>SARA SHIRAZI,<br><br>Defendants. | CASE NO. CR S 10-0305 LKK<br><br>ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: February 25, 2014<br>TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

On February 25, 2014, the Court held a status conference in this case. Assistant United States Attorney Philip Ferrari appeared on behalf of plaintiff, the United States of America. Christopher Wing and Richard Pachter appeared upon behalf of defendants Sara Shirazi and Siavash Poursartip, respectively, who were not present but had waivers on file.

This Court granted a continuance for a further status conference to July 22, 2014, at 9:15 a.m. The parties discussed the ongoing efforts to determine whether defendant Shirazi will be able to stand trial, for reasons more fully explained in previous filings.

Having found that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act, the Court therefore excluded time from February 25, 2014, to, and including, July 22, 2014, from

1  computation of time within which the trial of this matter must be commenced, pursuant to Local
2  Code T4.

3  DATED: March 31, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT