LAW OFFICES OF RICHARD PACHTER
Richard Pachter (SBN 120069)
500 Capitol Mall, Suite 2200
Sacramento, CA  95814
Telephone: (916) 485-1617
Facsimile:  (916) 244-0529
richard@pachterlaw.com   (e-mail)

Attorney for Defendant SIAVASH POURSARTIP

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>SIAVASH POURSARTIP, et. al.<br><br>            Defendants. | Case No. 2:10-CR-305 LKK<br><br>STIPULATION AND ORDER FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRE-TRIAL RELEASE FOR DEFENDANT SIAVASH POURSARTIP |

    It is hereby stipulated and agreed by and between the United States of America and defendant Siavash Poursartip, through their respective attorneys, that the conditions of Defendant's pre-trial release may be temporarily modified to allow Defendant to attend a wedding in Canada and to visit Iran so that he can pay his respects at the gravesite of his recently-deceased mother and to assist his family in various inheritance-related issues arising from her death.  Mr. Poursartip's conditions of pre-trial release were previously modified in 2012 to allow him to visit his ailing mother in Iran and in 2013 to allow him to travel to Mexico for work. There were no problems associated with either trip.

    It is stipulated that Mr. Poursartip may travel from California to Canada on August 20, 2014 and return on August 25, 2014.  It is further stipulated that Mr. Poursartip may travel from California to Iran tentatively leaving on August 27, 2014 and returning to California on September 30, 2014, assuming flight availability.

To accomplish this, the parties agree that Mr. Poursartip's counsel can pick up his passport from the Clerk of the United States District Court for the Eastern District of California upon this order being entered by the Court. Defendant's counsel will provide the Government with a copy of Defendant's flight information before Defendant may receive his passport. The parties further stipulate and agree that Mr. Poursartip or his counsel will return Defendant's passport to the Clerk of the United States District Court for the Eastern District of California by no later than October 10, 2014.

Dated: July 26, 2014                    BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY

                                        By: /s/Philip A. Ferrari
                                            PHILIP A. FERRARI
                                            Assistant U. S. Attorney
                                            (per email authorization)

Dated: July 26, 2014
                                        /s/ Richard Pachter
                                            RICHARD PACHTER
                                            Attorney for Defendant SIAVASH
                                            POURSARTIP

## ORDER

The matter having come on before me pursuant to the stipulation of the parties, and good cause appearing therefore:

IT IS ORDERED THAT: Defendant SIAVASH POURSARTIP's conditions of pre-trial release shall be modified to allow him travel to Canada on August 20, 2014 with a return on August 25, 2014.  It is further ordered that SIAVASH POURSARTIP's conditions

of pre-trial release shall be modified to allow him to travel to Iran from August 27, 2014 to September 30, 2014, or for dates available for that same period of time.

IT IS FURTHER ORDERED THAT: The Clerk of the United States District Court for the Eastern District of California is instructed to allow Mr. Poursartip's counsel, Richard Pachter, to retrieve his passport immediately. Counsel will not provide Defendant with the passport until the Government has been notified of his itinerary. The Court further orders Mr. Poursartip (or his counsel) to return Defendant's passport to the Clerk of the United States District Court for the Eastern District of California by no later than October 10, 2014, whereupon the original conditions of Defendant's release shall be re-instated.

Dated:  July 28, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE