LAW OFFICES OF RICHARD PACHTER
Richard Pachter (SBN 120069)
500 Capitol Mall, Suite 2200
Sacramento, CA  95814
Telephone: (916) 485-1617
Facsimile:  (916) 244-0529
richard@pachterlaw.com   (e-mail)

Attorney for Defendant SIAVASH POURSARTIP

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIAVASH POURSARTIP, et. al.<br><br>Defendants. | Case No. 2:10-CR-305 MCE<br><br>STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRE-TRIAL RELEASE FOR DEFENDANT SIAVASH POURSARTIP |

It is hereby stipulated and agreed by and between the United States of America and defendant Siavash Poursartip, through their respective attorneys, that the conditions of Defendant's pre-trial release may be temporarily modified to allow Defendant to travel to Canada for the purpose of visiting family and friends there and celebrating the birth of his significant other's grandson.  Mr. Poursartip's conditions of pre-trial release were previously modified in 2012 to allow him to visit his ailing mother in Iran, in 2013 to allow him to travel to Mexico for work and in 2014 to travel to Iran to visit his mother's grave-site and attend to family matters there. There were no problems associated with these trips. This Court previously approved a Stipulation and Order allowing Mr. Poursartip to travel from California to Canada between June 23, 2015 and June 28, 2015 for the purposes stated above, but a work emergency arose for Mr. Poursartip's significant other – a child

psychologist – which required them to cancel those travel plans.  They would now like to reschedule that previously approved trip.

It is stipulated that Mr. Poursartip may travel from California to Canada on or about July 30, 2015 and return on or about August 9, 2015.

To accomplish this, the parties agree that Mr. Poursartip can retain his passport which was previously provided (assuming this Order gets entered before July 6, 2015 – when he must currently return his passport) or, if it is after July 6, 2015, that his counsel can pick up his passport from the Clerk of the United States District Court for the Eastern District of California upon this order being entered by the Court. Defendant's counsel will provide the Government with a copy of Defendant's flight information. The parties further stipulate and agree that Mr. Poursartip or his counsel will return Defendant's passport to the Clerk of the United States District Court for the Eastern District of California by no later than August 14, 2015.

Dated:  June 30, 2015             BENJAMIN B. WAGNER
                                  UNITED STATES ATTORNEY

                                  By: /s/Philip A. Ferrari
                                      PHILIP A. FERRARI
                                      Assistant U. S. Attorney
                                      (per email authorization)


Dated:  June 30, 2015
                                  /s/ Richard Pachter
                                      RICHARD PACHTER
                                      Attorney for Defendant SIAVASH
                                      POURSARTIP

ORDER

The matter having come on before me pursuant to the stipulation of the parties, and good cause appearing therefore:

IT IS ORDERED THAT: Defendant SIAVASH POURSARTIP's conditions of pre-trial release shall be modified to allow him travel to Canada on or about July 30, 2015 and return on or about August 9, 2015, assuming flight availability.

IT IS FURTHER ORDERED THAT: If this Order is entered after Mr. Poursartip's passport is returned, the Clerk of the United States District Court for the Eastern District of California is instructed to allow Mr. Poursartip's counsel, Richard Pachter, to retrieve his passport immediately. Counsel will not provide Defendant with the passport until the Government has been notified of his itinerary. The Court further orders Mr. Poursartip (or his counsel) to return Defendant's passport to the Clerk of the United States District Court for the Eastern District of California by no later than August 14, 2015 whereupon the original conditions of Defendant's release shall be re-instated.

Dated: July 1, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE