LAW OFFICES OF RICHARD PACHTER
Richard Pachter (SBN 120069)
500 Capitol Mall, Suite 2200
Sacramento, CA  95814
Telephone: (916) 485-1617
Facsimile:  (916) 244-0529
richard@pachterlaw.com  (e-mail)

Attorney for Defendant SIAVASH POURSARTIP

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>SIAVASH POURSARTIP, et. al.<br><br>                    Defendants. | Case No. 2:10-CR-305 MCE<br><br>APPLICATION AND  ORDER FOR RELEASE OF PASSPORT TO DEFENDANT SIAVASH POURSARTIP |

The Court has granted the government's unopposed Motion to Dismiss the Indictment in its entirety as to defendant Saivash Pourtsartip. Therefore, defendant Siavash Poursartip, through his attorney, hereby requests that the an order be entered allowing Mr. Poursartip's counsel to pick up his passport from the Clerk of the United States District Court for the Eastern District of California.

Dated:  October 28, 2015

                                    /s/ Richard Pachter_____
                                       RICHARD PACHTER
                                    Attorney for Defendant SIAVASH
                                    POURSARTIP

ORDER

The matter having come on before this Court, the Clerk of the Court is hereby directed to allow Mr. Poursartip's counsel, Richard Pachter, to retrieve his passport immediately.

IT IS SO ORDERED.

DATED:  November 9, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT